**IT IS SO ORDERED.**

*s/ Pamela S. Barker*
_____

**PAMELA A. BARKER**
**U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROY SHOWMAN, | ) | CASE NO. 1:23-CV-00986-PAB |
| | ) | |
| Plaintiff, | ) | JUDGE: PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| Q CORPORATE HOLDINGS, LLC, ET AL., | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

By stipulation of the undersigned counsel, the parties agree that Plaintiff Roy Showman's remaining causes of action, that of age discrimination in violation of 42 U.S.C. § 621, *et seq.*, and Ohio Revised Code Chapter 4112 against Q Corp. and 3i Corp., be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

*/s/  Daniel P. Petrov*
_____
Daniel P. Petrov (0074151)
Thorman Petrov Group Co., LPA
20046 Walker Avenue
Shaker Heights, OH 44122
Telephone:    216.621.3500
Facsimile:     216.621.3422
Email:          depetrov@tpgfirm.com

*Attorney for Plaintiff*

*/s/  Gregory P. Abrams (per email consent)*
Christine M. Snyder (0086788)
Ariana E. Bernard (0100001)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:     216.592.5009
Email:          christine.snyder@tuckerellis.com